**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JUDY BAGGETT,**

      **Plaintiff,**

**v.**                                       **Case No.: 3:10cv447/MCR/EMT**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

_____/

## ORDER

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 26, 2011 (doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Plaintiff's Application for Attorney Fee Under the Equal Access to Justice Act (doc. 20) is **GRANTED** as follows:

      Plaintiff, Judy Baggett, shall recover fees in the amount of $1,288.60, for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).  The United States forthwith shall issue a check payable directly to

Ms. Baggett.

**DONE AND ORDERED** this 12th day of August, 2011.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**